HARRISON PATTERSON & O'CONNOR LLP
JAMES R. PATTERSON (211102) (jpatterson@hpolaw.com)
402 West Broadway, 29th Floor
San Diego, CA 92101
Telephone: (619) 756-6990
Facsimile: (619) 756-6991

Attorneys for Plaintiff
TAMMIE DAVIS

COOLEY LLP
MICHELLE C. DOOLIN (179445) (doolinmc@cooley.com)
JENNIFER M. FRENCH (265422) (jfrench@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

COOLEY LLP
BEATRIZ MEJIA (190948) (mejiab@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant
COLE HAAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMMIE DAVIS, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COLE HAAN, INC. a New York Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 11-cv-01826-JSW<br><br>**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER TO STRIKE CERTAIN ALLEGATIONS IN FIRST AMENDED COMPLAINT** |

After meeting and conferring regarding (i) allegations relating to injunctive and declaratory relief, (ii) allegations relating to "damages" and "restitution and disgorgement," and (iii) the jury demand asserted in the First Amended Complaint ("FAC"), plaintiff Tammie Davis and defendant Cole Haan,[1] by and through their respective counsel, hereby stipulate and agree that the following portions of the FAC should be stricken:

- Page 1, line 14 and generally: the words "[DEMAND FOR JURY TRIAL]" and plaintiff's demand for trial by jury generally;
- Page 8, line 9: third paragraph in the Prayer for Relief in its entirety;
- Page 8, lines 10-11: fourth paragraph in the Prayer for Relief in its entirety;
- Page 8, lines 12-13: fifth paragraph in the Prayer for Relief in its entirety; and
- Page 8, line 14: sixth paragraph in the Prayer for Relief in its entirety.

**IT IS SO STIPULATED**:

Dated: June 17, 2011

HARRISON PATTERSON & O'CONNOR LLP
JAMES R. PATTERSON (211102)


*/s/ James R. Patterson*
James R. Patterson

Attorneys for Plaintiff
TAMMIE DAVIS

Dated: June 17, 2011

COOLEY LLP
MICHELLE C. DOOLIN (179445)
BEATRIZ MEJIA (190948)
JENNIFER M. FRENCH (265422)


*/s/ Jennifer M. French*
Jennifer M. French

Attorneys for Defendant
COLE HAAN

---

[1] Cole Haan was erroneously sued as "Cole Haan, Inc."

# FILER'S ATTESTATION

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Stipulation Regarding Deadline to Respond to Complaint.

Dated: June 17, 2011            COOLEY LLP
                                MICHELLE C. DOOLIN (179445)
                                BEATRIZ MEJIA (190948)
                                JENNIFER M. FRENCH (265422)


                                */s/ Jennifer M. French*
                                Jennifer M. French

                                Attorneys for Defendant
                                COLE HAAN

Cooley LLP
Attorneys At Law
San Diego

2.                              CASE NO. 11-CV-01826-JSW

**STIPULATION & [PROPOSED] ORDER TO STRIKE CERTAIN ALLEGATIONS IN FAC**

**[Proposed] Order**

Having considered the stipulation filed by plaintiff Tammie Davis and defendant Cole Haan, and good cause appearing, the following portions of the First Amended Complaint shall be stricken:

- Page 1, line 16 and generally: the words "[DEMAND FOR JURY TRIAL]" and plaintiff's demand for trial by jury generally;
- Page 6, line 20: third paragraph in the Prayer for Relief in its entirety;
- Page 6, lines 21-22: fourth paragraph in the Prayer for Relief in its entirety;
- Page 6, lines 23-24: fifth paragraph in the Prayer for Relief in its entirety; and
- Page 6, line 25: sixth paragraph in the Prayer for Relief in its entirety.

**Pursuant to Stipulation, It Is So Ordered.**

Dated: June 17, 2011

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE