UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMMIE DAVIS, an individual, on behalf of herself and all others similarly situated,<br><br>               Plaintiff,<br><br>     v.<br><br>COLE HAAN, INC. a New York Corporation; and DOES 1 through 50, inclusive,<br><br>               Defendants. | Case No. 11-cv-01826-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO COORDINATE RELATED CASES**<br><br>Judge:     Hon. Jeffrey S. White<br>Place:     Courtroom 11, 19th Floor |
| STEFANI CONCEPCION, an individual, on behalf of herself and all others similarly situated,<br><br>               Plaintiff,<br>     v.<br><br>COLE HAAN, INC. a New York Corporation; and DOES 1 through 50, inclusive,<br><br>               Defendants. | Trial Date: Not Yet Set<br><br>Case No. 11-cv-02187-JSW |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

CASE NOS. 11-CV-01826-JSW
& 11-CV-02187- JSW

STIPULATION AND [PROPOSED] ORDER TO COORDINATE RELATED CASES

Plaintiffs Tammie Davis and Stefani Concepcion and defendant Cole Haan[1] (collectively, "the Parties"), by and through their respective counsel, jointly submit the following Stipulation that the above-captioned related actions be coordinated.

## RECITALS

WHEREAS, the above-captioned cases, *Davis v. Cole Haan, Inc., et al.*, Case No. 11-cv-01826-JSW ("*Davis*") and *Concepcion v. Cole Haan, Inc., et al.*, Case No. 11-cv-02187-JSW ("*Concepcion*"), have been designated as related cases and assigned to the same judge;

WHEREAS, on June 27, 2011, Cole Haan filed a motion to dismiss plaintiff Davis's claim for *cy pres* relief, and plaintiff's opposition brief is currently due on July 11, 2011;

WHEREAS, on June 28, 2011, Cole Haan filed a motion to dismiss plaintiff Concepcion's claim for *cy pres* relief, and plaintiff's opposition brief is currently due on July 12, 2011;

WHEREAS, the hearing for both motions to dismiss is currently scheduled for September 30, 2011; and

WHEREAS, the two cases warrant coordination because they involve common questions of law and fact and because coordination would advance the interests of judicial economy and efficiency.

## STIPULATION

NOW, THEREFORE, IT IS STIPULATED AND AGREED, by the Parties, through their respective counsel of record, as follows:

1. The *Davis* and *Concepcion* actions should be coordinated. Plaintiffs, however, wish to maintain the independence of their complaints and preserve the separate nature of their actions and defenses. Thus the Parties do not request consolidation at this time.

2. The Parties will coordinate and jointly meet and confer regarding discovery, class certification, dispositive motions, and other pretrial issues to avoid inefficiencies and duplicative efforts. For example, the parties agree judicial economy and efficiency mandate consolidated discovery and briefing with regard to class certification and dispositive motions.

---

[1] Cole Haan was erroneously sued as "Cole Haan, Inc."

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

STIPULATION AND [PROPOSED] ORDER TO COORDINATE RELATED CASES

3.      In order to facilitate coordination of discovery, class certification, dispositive motions, and other pretrial issues, the Parties agree that the cases should proceed under one case number as follows: all filing should occur in the lower numbered *Davis* case and the coordinated higher numbered *Concepcion* case should appear below it in the caption.

4.      Because the hearing date for both motions is September 30, 2011, and in light of this stipulation, the parties propose an updated briefing schedule as follows: plaintiffs will file a joint opposition brief by August 1, 2011, and defendant will file its reply brief on or before September 1, 2011.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**[CONTINUED ON NEXT PAGE]**

Cooley LLP
Attorneys At Law
San Diego

2.

Case Nos. 11-cv-01826-JSW
& 11-cv-02187- JSW

Stipulation and [Proposed] Order to Coordinate Related Cases

1 | **IT IS SO STIPULATED.**

2 | Dated: June 29, 2011                   COOLEY LLP
3 | MICHELLE C. DOOLIN (179445)
  | BEATRIZ MEJIA (190948)
4 | JENNIFER M. FRENCH (265422)

5 |

  | */s/ Jennifer M. French*
6 | Jennifer M. French

7 | Attorneys for Defendant
  | COLE HAAN
8 |

9 |

10 | Dated: June 29, 2011                   HARRISON PATTERSON & O'CONNOR LLP
  | JAMES R. PATTERSON (211102)
11 |

12 |

  | */s/ James R. Patterson*
13 | James R. Patterson

14 | Attorneys for Plaintiff
  | TAMMIE DAVIS
15 |

16 |

17 |

18 | Dated: June 29, 2011                   STONEBARGER LAW, APC
  | GENE J. STONEBARGER (209461)
19 | RICHARD D. LAMBERT (251148)

20 |

21 | */s/ Gene J. Stonebarger*
  | Gene J. Stonebarger
22 |

23 | Attorneys for Plaintiff
  | STEFANI CONCEPCION

24 |

25 |

26 |

27 |

28 |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

3.

CASE NOS. 11-CV-01826-JSW
& 11-CV-02187- JSW

STIPULATION AND [~~PROPOSED~~] ORDER TO COORDINATE RELATED CASES

1

**FILER'S ATTESTATION**

2          Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that

3  all parties have concurred in the filing of this Stipulation Regarding Deadline to Respond to

4  Complaint.

5

6  Dated: June 29, 2011                    COOLEY LLP
                                           MICHELLE C. DOOLIN (179445)
7                                          BEATRIZ MEJIA (190948)
                                           JENNIFER M. FRENCH (265422)

8

9                                          */s/ Jennifer M. French*
                                           _____
10                                         Jennifer M. French

11                                         Attorneys for Defendant
                                           COLE HAAN

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

4.

CASE NOS. 11-CV-01826-JSW
& 11-CV-02187- JSW

STIPULATION AND [PROPOSED] ORDER TO COORDINATE RELATED CASES

1                                 **[PROPOSED] ORDER**

2        Based on the foregoing, and good cause appearing, **IT IS HEREBY ORDERED** that:

3        1.     The following related cases shall be and hereby are coordinated: *Davis v. Cole*

4 *Haan, Inc., et al.*, Case No. 11-cv-01826-JSW and *Concepcion v. Cole Haan, Inc., et al.*, Case

5 No. 11-cv-02187-JSW.  The coordinated cases shall proceed under one case number as follows: all

6 filing should occur in the lower numbered *Davis* case and the coordinated higher numbered

7 *Concepcion* case should appear below it in the caption.

8        2.     The Parties shall coordinate and shall jointly meet and confer regarding discovery,

9 class certification, dispositive motions, and other pretrial issues.

10        3.     The briefing schedule for defendant's two pending motions to dismiss, which will

11 be heard jointly on September 30, 2011, is as follows: plaintiffs shall file a joint opposition brief

12 by ~~August 1~~ July 22, 2011, and defendant shall file its reply brief by ~~September 1~~ August 5, 2011.

13 **IT IS SO ORDERED.**

14 Dated:  June 29, 2011

15 THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**CASE NOS. 11-CV-01826-JSW & 11-CV-02187- JSW**

**STIPULATION AND [PROPOSED] ORDER TO COORDINATE RELATED CASES**