COOLEY LLP
MICHELLE C. DOOLIN (179445) (doolinmc@cooley.com)
JENNIFER M. FRENCH (265422) (jfrench@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

COOLEY LLP
BEATRIZ MEJIA (190948) (mejiab@cooley.com)
MATTHEW M. BROWN (264817) (brownmm@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant
COLE HAAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMMIE DAVIS, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COLE HAAN, INC., a New York Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 11-cv-01826-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE PLAINTIFFS' CONSOLIDATED COMPLAINT**<br><br>Hon. Jeffrey S. White<br>Courtroom |
| STEFANI CONCEPCION, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COLE HAAN, INC., a New York Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 11-cv-02187-JSW |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**COORDINATED CASE NO. 11-CV-02187-JSW**

**JOINT STIPULATION AND [PROPOSED] ORDER RE PLAINTIFFS' CONSOLIDATED COMPLAINT**

Plaintiffs Tammie Davis and Stefani Concepcion ("plaintiffs") and defendant Cole Haan[1], by and through their respective counsel, jointly submit the following Stipulation to allow plaintiffs to file a consolidated complaint on or before November 14, 2011.

**RECITALS**

**WHEREAS**, on June 29, 2011, Judge White issued an order coordinating the above-captioned related cases (*Concepcion v. Cole Haan Inc.*, Case No. 11-cv-02187-JSW, ECF No. 19); and

**WHEREAS**, the parties agree that a consolidated complaint will promote the interests of judicial economy and efficiency;

**STIPULATION**

**NOW, THEREFORE, IT IS STIPULATED AND AGREED**, by the parties, through their respective counsel of record, that plaintiffs shall file a consolidated complaint on or before November 14, 2011.

**IT IS SO STIPULATED.**


Dated: October 28, 2011          COOLEY LLP
                                 MICHELLE C. DOOLIN
                                 BEATRIZ MEJIA
                                 JENNIFER M. FRENCH
                                 MATTHEW M. BROWN

                                 */s/* Beatriz Mejia
                                 _____
                                 Beatriz Mejia

                                 Attorneys for Defendant
                                 COLE HAAN

---

[1] Cole Haan was erroneously sued as "Cole Haan, Inc."

| | | |
|---|---|---|
| Dated: October 28, 2011 | | HARRISON PATTERSON & O'CONNOR LLP<br>JAMES R. PATTERSON |
| | | */s/* James R. Patterson<br>James R. Patterson |
| | | Attorneys for Plaintiff<br>TAMMIE DAVIS |
| Dated: October 28, 2011 | | STONEBARGER LAW, APC<br>GENE J. STONEBARGER<br>RICHARD D. LAMBERT |
| | | */s/* Gene J. Stonebarger<br>Gene J. Stonebarger |
| | | Attorneys for Plaintiff<br>STEFANI CONCEPCION |

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Stipulation Regarding Deadline to Respond to Complaint.

| | | |
|---|---|---|
| Dated: October 28, 2011 | | COOLEY LLP<br>MICHELLE C. DOOLIN<br>BEATRIZ MEJIA<br>JENNIFER M. FRENCH<br>MATTHEW M. BROWN |
| | | */s/* Matthew M. Brown<br>Matthew M. Brown |
| | | Attorneys for Defendant<br>COLE HAAN |

The Court DENIES this stipulation without prejudice to refiling. In any amended stipulation, the parties shall address whether the cases should be consolidated for all purposes, or some purposes, and who shall be acting as lead counsel.

**IT IS SO ORDERED.**

Dated: October 31, 2011

_____
The Honorable Jeffrey S. White
United States District Judge