1  COOLEY LLP
   MICHELLE C. DOOLIN (179445) (doolinmc@cooley.com)
2  JENNIFER M. FRENCH (265422) (jfrench@cooley.com)
   4401 Eastgate Mall
3  San Diego, CA  92121
   Telephone:   (858) 550-6000
4  Facsimile:   (858) 550-6420

5  COOLEY LLP
   BEATRIZ MEJIA (190948) (mejiab@cooley.com)
6  MATTHEW M. BROWN (264817) (brownmm@cooley.com)
   101 California Street, 5th Floor
7  San Francisco, CA  94111-5800
   Telephone:   (415) 693-2000
8  Facsimile:   (415) 693-2222

9  Attorneys for Defendant
   COLE HAAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMMIE DAVIS, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COLE HAAN, INC., a New York Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  11-cv-01826-JSW<br><br>**AMENDED JOINT STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATION OF ACTION AND CONSOLIDATED COMPLAINT**<br><br>Hon. Jeffrey S. White<br>Courtroom 11, 19th Floor |
| STEFANI CONCEPCION, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COLE HAAN, INC., a New York Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  11-cv-02187-JSW |

COORDINATED CASE NO. 11-CV-02187-JSW

Plaintiffs Tammie Davis and Stefani Concepcion ("plaintiffs") and defendant Cole Haan[1], by and through their respective counsel, jointly submit the following Amended Stipulation regarding consolidation of the above-referenced actions for all purposes and the filing of plaintiffs' consolidated complaint on or before November 14, 2011.

**RECITALS**

**WHEREAS**, on June 29, 2011, Judge White issued an order coordinating the above-captioned related cases (*Concepcion v. Cole Haan Inc.*, Case No. 11-cv-02187-JSW, ECF No. 19); and

**WHEREAS**, the parties agree that the above-referenced actions should be consolidated for all purposes because it will promote the interests of judicial economy and efficiency; and

**WHEREAS**, the parties agree that plaintiffs should file a consolidated complaint; and

**WHEREAS**, plaintiffs agree that Stonebarger Law, APC and Patterson Law Group, APC shall serve as co-lead plaintiffs' counsel once the above-referenced actions are consolidated;

**STIPULATION**

**NOW, THEREFORE, IT IS STIPULATED AND AGREED**, by the parties, through their respective counsel of record, that (1) the above-referenced actions shall be consolidated for all purposes, and (2) that plaintiffs shall file a consolidated complaint on or before November 14, 2011. Plaintiffs further agree that Stonebarger Law, APC and Patterson Law Group, APC shall serve as co-lead plaintiffs' counsel once the above-referenced actions are consolidated.

///
///
///

---

[1] Cole Haan was erroneously sued as "Cole Haan, Inc."

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.  COORDINATED CASE NO. 11-CV-02187-JSW

AMENDED JOINT STIPULATION AND [PROPOSED] ORDER RE
CONSOLIDATION OF ACTION AND CONSOLIDATED COMPLAINT

**IT IS SO STIPULATED.**

Dated: November 4, 2011

COOLEY LLP
MICHELLE C. DOOLIN
BEATRIZ MEJIA
JENNIFER M. FRENCH
MATTHEW M. BROWN

*/s/* Beatriz Mejia
Beatriz Mejia

Attorneys for Defendant
COLE HAAN

Dated: November 4, 2011

PATTERSON LAW GROUP, APC
JAMES R. PATTERSON

*/s/* James R. Patterson
James R. Patterson

Attorneys for Plaintiff
TAMMIE DAVIS

Dated: November 4, 2011

STONEBARGER LAW, APC
GENE J. STONEBARGER
RICHARD D. LAMBERT

*/s/* Gene J. Stonebarger
Gene J. Stonebarger

Attorneys for Plaintiff
STEFANI CONCEPCION

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

COORDINATED CASE NO. 11-CV-02187-JSW

**AMENDED JOINT STIPULATION AND [PROPOSED] ORDER RE
CONSOLIDATION OF ACTION AND CONSOLIDATED COMPLAINT**

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Amended Joint Stipulation and [Proposed] Order re Consolidation of Action and Consolidated Complaint.

Dated: November 4, 2011

COOLEY LLP
MICHELLE C. DOOLIN
BEATRIZ MEJIA
JENNIFER M. FRENCH
MATTHEW M. BROWN

*/s/* Matthew M. Brown
Matthew M. Brown

Attorneys for Defendant
COLE HAAN

**IT IS SO ORDERED.**

Dated: November 7, 2011

_____
The Honorable Jeffrey S. White
United States District Judge

---

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3.

COORDINATED CASE NO. 11-CV-02187-JSW

AMENDED JOINT STIPULATION AND [PROPOSED] ORDER RE
CONSOLIDATION OF ACTION AND CONSOLIDATED COMPLAINT