COOLEY LLP
MICHELLE C. DOOLIN (179445) (doolinmc@cooley.com)
JENNIFER M. FRENCH (265422) (jfrench@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

COOLEY LLP
BEATRIZ MEJIA (190948) (mejiab@cooley.com)
MATTHEW M. BROWN (264817) (brownmm@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant
COLE HAAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMMIE DAVIS, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COLE HAAN, INC., a New York Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Consolidated Case No. 11-cv-01826-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME ON DEADLINES AND DATES RELATED TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Hon. Jeffrey S. White<br>Courtroom 11, 19th Floor |
| STEFANI CONCEPCION, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COLE HAAN, INC., a New York Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 11-cv-02187-JSW |

Pursuant to L.R. 6-2, counsel for Defendant Cole Haan and counsel for Plaintiffs (collectively, the "Parties") stipulate as follows:

WHEREAS, the deadlines for the class certification motions, fact and expert discovery cutoffs and motions for summary judgment are as follows:

| Deadline/Event | Current Dates (If Any) |
|---|---|
| Motion for Class Certification is due | April 23, 2012 |
| Opposition to Plaintiffs' Motion for Class Certification is due | 14 days after the date the Motion is filed |
| Reply in support of the Motion for Class Certification is due | 7 days after the Opposition is filed |
| Hearing on Plaintiffs' Motion for Class Certification | Not yet scheduled |
| Close of fact discovery | May 11, 2012 |
| Close of expert discovery | June 11, 2012 |
| The first party's opening motion for summary judgment is due | June 22, 2012 |
| The second party's opposition and cross-motion for summary judgment is due | July 6, 2012 |
| The reply and opposition to the cross-motion for summary judgment is due | July 20, 2012 |
| The second party's reply in support of the cross-motion for summary judgment is due | July 27, 2012 |
| The last day for the Court to hear dispositive motions | August 17, 2012 |

WHEREAS, the parties have been engaged in mediation and post-mediation discussions, and have scheduled a further telephonic conference with Judge Infante, the mediator, for the week of April 9, 2012;

1    WHEREAS, Plaintiff Concepcion is pregnant and due to give birth very soon, which will
2 limit her availability for deposition before the scheduled close of fact discovery on May 11, 2012;

3    WHEREAS, there have been no previous time modifications, whether by stipulation or
4 Court Order;

5    WHEREAS, pursuant to such agreement, the Parties hereby seek an Order from the Court
6 vacating the above-referenced dates, and re-setting the deadlines and dates relating to class
7 certification, fact and expert discovery, and the motions for summary judgment as specified
8 below;

9    Now, therefore, the Parties stipulate and respectfully request that the Court order to re-set
10 the deadlines and dates as follows:

| **Deadline/Event** | **Proposed Dates** |
| --- | --- |
| Motion for Class Certification is due | June 18, 2012 |
| Opposition to Plaintiffs' Motion for Class Certification is due | July 10, 2012 |
| Reply in support of the Motion for Class Certification is due | July 24, 2012 |
| Hearing on Plaintiffs' Motion for Class Certification | August 31, 2012 |
| Close of fact discovery | June 29, 2012 |
| Close of expert discovery | July 30, 2012 |
| The first party's opening motion for summary judgment is due | August 10, 2012 |
| The second party's opposition and cross-motion for summary judgment is due | August 24, 2012 |
| The reply and opposition to the cross-motion for summary judgment is due | September 11, 2012 |
| The second party's reply in support of the | September 18, 2012 |

| | |
|---|---|
| cross-motion for summary judgment is due | |
| The last day for the Court to hear dispositive motions | October ~~29~~ 12, 2012 |

**IT IS SO STIPULATED.**

Dated: April 6, 2012                COOLEY LLP
                                    MICHELLE C. DOOLIN
                                    JENNIFER M. FRENCH
                                    BEATRIZ MEJIA
                                    MATTHEW M. BROWN

                                    /s/ Matthew M. Brown
                                    Matthew M. Brown
                                    Attorneys for Defendants
                                    COLE HAAN

Dated: April 6, 2012                PATTERSON LAW GROUP, APC
                                    JAMES R. PATTERSON (211102)

                                    /s/ James R. Patterson
                                    James R. Patterson

                                    Attorneys for Plaintiff
                                    TAMMIE DAVIS

Dated: April 6, 2012                STONEBARGER LAW, APC
                                    GENE J. STONEBARGER (209461)
                                    RICHARD D. LAMBERT (251148)

                                    /s/ Gene J. Stonebarger
                                    Gene J. Stonebarger

                                    Attorneys for Plaintiff
                                    STEFANI CONCEPCION

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this document.

Dated: April 6, 2012

COOLEY LLP

/s/ Matthew M. Brown
Matthew M. Brown

Attorneys for Defendants
COLE HAAN

IT IS SO ORDERED / AS MODIFIED ABOVE.

Dated: April 9, 2012

*[signature]*
The Honorable Jeffrey S. White
United States District Judge

1263541/SF