COOLEY LLP
MICHELLE C. DOOLIN (179445) (doolinmc@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

COOLEY LLP
BEATRIZ MEJIA (190948) (mejiab@cooley.com)
MATTHEW M. BROWN (264817) (brownmm@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant
COLE HAAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMMIE DAVIS, an individual, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COLE HAAN, INC., a New York Corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Consolidated Case No. 11-cv-01826-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE CASE MANAGEMENT CONFERENCE**<br><br>Hon. Jeffrey S. White<br>Courtroom 11, 19th Floor |
| STEFANI CONCEPCION, an individual, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COLE HAAN, INC., a New York Corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 11-cv-02187-JSW |

1  Pursuant to L.R. 6-2, counsel for defendant Cole Haan and counsel for Plaintiffs
2  (collectively, the "Parties") stipulate as follows:
3  WHEREAS, the Parties were scheduled to attend a Further Case Management Conference
4  on May 18, 2012; and
5  WHEREAS, the Court via Clerk's Notice dated April 9, 2012 [ECF No. 50] rescheduled
6  the Case Management Conference from May 18, 2012 to May 25, 2012, and
7  WHEREAS, Beatriz Mejia, lead attorney for defendant Cole Haan, is scheduled to be out
8  of the country for another matter during the week of May 21, 2012;
9  Now, therefore, the Parties stipulate and respectfully request that the Court order as
10  follows:
11  1. The Parties' Further Case Management Conference shall be rescheduled from May 25,
12  2012 to June ~~15~~ 8, 2012 at 1:30 p.m., or any date thereafter to be scheduled at the convenience of
13  the Court.

14  **IT IS SO STIPULATED.**

16  Dated: May 9, 2012    COOLEY LLP
                          MICHELLE C. DOOLIN
17                        BEATRIZ MEJIA
                          MATTHEW M. BROWN

19                        /s/ Matthew M. Brown
                          Matthew M. Brown
20                        Attorneys for Defendants
                          COLE HAAN

22  Dated: May 9, 2012    PATTERSON LAW GROUP, APC
                          JAMES R. PATTERSON (211102)

24                        /s/ James R. Patterson
                          James R. Patterson
25
                          Attorneys for Plaintiff
26                        TAMMIE DAVIS

1 | Dated: May 9, 2012 | STONEBARGER LAW, APC
2 | | GENE J. STONEBARGER (209461)
  | | RICHARD D. LAMBERT (251148)
3
4 | | /s/ Gene J. Stonebarger
  | | Gene J. Stonebarger
5 | | Attorneys for Plaintiff
6 | | STEFANI CONCEPCION

7

8 **FILER'S ATTESTATION**

9     Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that

10 all parties have concurred in the filing of this document.

11

12 | Dated: May 9, 2012 | COOLEY LLP
13
14 | | /s/ Matthew M. Brown
  | | Matthew M. Brown
15 | | Attorneys for Defendants
16 | | COLE HAAN

17–19

20     IT IS SO ORDERED, as modified above.

21

22 | Dated: May 10, 2012 | /s/ Jeffrey S. White
23 | | The Honorable Jeffrey S. White
  | | United States District Judge

24–27

28 | 1268363 /SF