```
COOLEY LLP
MICHELLE C. DOOLIN (179445) (doolinmc@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:    (858) 550-6000
Facsimile:    (858) 550-6420

COOLEY LLP
BEATRIZ MEJIA (190948) (mejiab@cooley.com)
MATTHEW M. BROWN (264817) (brownmm@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Defendant
COLE HAAN
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMMIE DAVIS, an individual, on behalf of herself and all others similarly situated, | Consolidated Case No. 11-cv-01826-JSW |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE CASE MANAGEMENT CONFERENCE** |
| v. | |
| COLE HAAN, INC., a New York Corporation; and DOES 1 through 50, inclusive, | Hon. Jeffrey S. White<br>Courtroom 11, 19th Floor |
| Defendants. | |
| STEFANI CONCEPCION, an individual, on behalf of herself and all others similarly situated, | Case No. 11-cv-02187-JSW |
| Plaintiff, | |
| v. | |
| COLE HAAN, INC., a New York Corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |

Pursuant to L.R. 6-2, counsel for defendant Cole Haan and counsel for Plaintiffs (collectively, the "Parties") stipulate as follows:

WHEREAS, the Parties were scheduled to attend a Further Case Management Conference on May 18, 2012; and

WHEREAS, the Court via Clerk's Notice dated April 9, 2012 [ECF No. 50] rescheduled the Case Management Conference from May 18, 2012 to May 25, 2012, and

WHEREAS, Beatriz Mejia, lead attorney for defendant Cole Haan, is scheduled to be out of the country for another matter during the week of May 21, 2012;

Now, therefore, the Parties stipulate and respectfully request that the Court order as follows:

1. The Parties' Further Case Management Conference shall be rescheduled from May 25, 2012 to June 8 [~~15~~], 2012 at 1:30 p.m., or any date thereafter to be scheduled at the convenience of the Court.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: May 9, 2012 | COOLEY LLP<br>MICHELLE C. DOOLIN<br>BEATRIZ MEJIA<br>MATTHEW M. BROWN<br><br>/s/ Matthew M. Brown<br>Matthew M. Brown<br>Attorneys for Defendants<br>COLE HAAN |
| Dated: May 9, 2012 | PATTERSON LAW GROUP, APC<br>JAMES R. PATTERSON (211102)<br><br>/s/ James R. Patterson<br>James R. Patterson<br><br>Attorneys for Plaintiff<br>TAMMIE DAVIS |

| | |
|---|---|
| Dated: May 9, 2012 | STONEBARGER LAW, APC<br>GENE J. STONEBARGER (209461)<br>RICHARD D. LAMBERT (251148)<br><br>/s/ Gene J. Stonebarger<br>Gene J. Stonebarger<br><br>Attorneys for Plaintiff<br>STEFANI CONCEPCION |

### FILER'S ATTESTATION

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this document.

| | |
|---|---|
| Dated: May 9, 2012 | COOLEY LLP<br><br>/s/ Matthew M. Brown<br>Matthew M. Brown<br><br>Attorneys for Defendants<br>COLE HAAN |

IT IS SO ORDERED, as modified above.

Dated: May 10, 2012

The Honorable Jeffrey S. White
United States District Judge

1268363 /SF

3.   **CONSOLIDATED CASE NO. 11-CV-01826-JSW**

Joint Stip and [Proposed] Order Rescheduling The Case Management Conference