COOLEY LLP
MICHELLE C. DOOLIN (179445) (doolinmc@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

COOLEY LLP
BEATRIZ MEJIA (190948) (mejiab@cooley.com)
MATTHEW M. BROWN (264817) (brownmm@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant
COLE HAAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMMIE DAVIS, an individual, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COLE HAAN, INC., a New York Corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Consolidated Case No. 11-cv-01826-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE CASE MANAGEMENT CONFERENCE**<br><br>Hon. Jeffrey S. White<br>Courtroom 11, 19th Floor |
| STEFANI CONCEPCION, an individual, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COLE HAAN, INC., a New York Corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.　　　　　CONSOLIDATED CASE NO. 11-CV-01826-JSW

Joint Stip and [Proposed] Order Rescheduling The Case Management Conference

Pursuant to L.R. 6-2, counsel for defendant Cole Haan and counsel for Plaintiffs (collectively, the "Parties") stipulate as follows:

WHEREAS, the Parties filed a Joint Stipulation and [Proposed] Order Rescheduling the Case Management Conference [ECF No. 52] on May 9, 2012 requesting that the Case Management Conference be rescheduled from May 25, 2012 to June 15, 2012;

WHEREAS, the Court via Order [ECF No. 53] rescheduled the May 25, 2012 Case Management Conference to June 8, 2012;

WHEREAS, the Parties are not available on June 8, 2012; June 22, 2012; July 6, 2012; and July 13, 2012; and

WHEREAS, the Parties are available on June 29, 2012;

Now, therefore, the Parties stipulate and respectfully request that the Court order as follows:

1. The Parties' Further Case Management Conference shall be rescheduled from June 8, 2012 to ~~June 29, 2012 at 1:30 p.m., or any date thereafter, excepting June 22, 2012, July 6, 2012, and July 13, 2012, to be scheduled at the convenience of the Court.~~ July 20, 2012 at 1:30 p.m.

**IT IS SO STIPULATED.**

Dated: May 18, 2012　　　　　　　　　COOLEY LLP
　　　　　　　　　　　　　　　　　　　MICHELLE C. DOOLIN
　　　　　　　　　　　　　　　　　　　BEATRIZ MEJIA
　　　　　　　　　　　　　　　　　　　MATTHEW M. BROWN

　　　　　　　　　　　　　　　　　　　/s/ Matthew M. Brown
　　　　　　　　　　　　　　　　　　　Matthew M. Brown
　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　COLE HAAN

| | | |
|---|---|---|
| 1 | Dated: May 18, 2012 | PATTERSON LAW GROUP, APC |
| 2 | | JAMES R. PATTERSON (211102) |
| 3 | | /s/ James R. Patterson |
| 4 | | James R. Patterson |
| 5 | | Attorneys for Plaintiff<br>TAMMIE DAVIS |
| 6 | Dated: May 18, 2012 | STONEBARGER LAW, APC<br>GENE J. STONEBARGER (209461) |
| 7 | | RICHARD D. LAMBERT (251148) |
| 8 | | /s/ Gene J. Stonebarger |
| 9 | | Gene J. Stonebarger |
| 10 | | Attorneys for Plaintiff<br>STEFANI CONCEPCION |

### FILER'S ATTESTATION

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this document.

| | | |
|---|---|---|
| 18 | Dated: May 18, 2012 | COOLEY LLP |
| 19 | | |
| 20 | | /s/ Matthew M. Brown |
| | | Matthew M. Brown |
| 21 | | Attorneys for Defendants |
| 22 | | COLE HAAN |

IT IS SO ORDERED / AS MODIFIED ABOVE.

Dated: May 22, 2012

*Jeffrey S. White*
The Honorable Jeffrey S. White
United States District Judge

1269485 v1/SF