| | |
|---|---|
| 1 | COOLEY LLP |
| | MICHELLE C. DOOLIN (179445) (doolinmc@cooley.com) |
| 2 | 4401 Eastgate Mall |
| | San Diego, CA  92121 |
| 3 | Telephone:  (858) 550-6000 |
| | Facsimile:   (858) 550-6420 |
| 4 | |
| | COOLEY LLP |
| 5 | BEATRIZ MEJIA (190948) (mejiab@cooley.com) |
| | MATTHEW M. BROWN (264817) (brownmm@cooley.com) |
| 6 | 101 California Street, 5th Floor |
| | San Francisco, CA  94111-5800 |
| 7 | Telephone:  (415) 693-2000 |
| | Facsimile:   (415) 693-2222 |
| 8 | |
| | Attorneys for Defendant |
| 9 | COLE HAAN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMMIE DAVIS, an individual, on behalf of herself and all others similarly situated, | Consolidated Case No.  11-cv-01826-JSW |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE CASE MANAGEMENT CONFERENCE** |
| v. | |
| COLE HAAN, INC., a New York Corporation; and DOES 1 through 50, inclusive, | Hon. Jeffrey S. White |
| | Courtroom 11, 19th Floor |
| Defendants. | |
| STEFANI CONCEPCION, an individual, on behalf of herself and all others similarly situated, | |
| Plaintiff, | |
| v. | |
| COLE HAAN, INC., a New York Corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.  **CONSOLIDATED CASE NO. 11-CV-01826-JSW**

Joint Stip and [Proposed] Order Rescheduling The Case Management Conference

Pursuant to L.R. 6-2, counsel for defendant Cole Haan and counsel for Plaintiffs (collectively, the "Parties") stipulate as follows:

WHEREAS, the Parties filed a Joint Stipulation and [Proposed] Order Rescheduling the Case Management Conference [ECF No. 52] on May 9, 2012 requesting that the Case Management Conference be rescheduled from May 25, 2012 to June 15, 2012;

WHEREAS, the Court via Order [ECF No. 53] rescheduled the May 25, 2012 Case Management Conference to June 8, 2012;

WHEREAS, the Parties are not available on June 8, 2012; June 22, 2012; July 6, 2012; and July 13, 2012; and

WHEREAS, the Parties are available on June 29, 2012;

Now, therefore, the Parties stipulate and respectfully request that the Court order as follows:

1. The Parties' Further Case Management Conference shall be rescheduled from June 8, 2012 to July 20, 2012 at 1:30 p.m. ~~June 29, 2012 at 1:30 p.m., or any date thereafter, excepting June 22, 2012, July 6, 2012, and July 13, 2012, to be scheduled at the convenience of the Court.~~

**IT IS SO STIPULATED.**

Dated: May 18, 2012
COOLEY LLP
MICHELLE C. DOOLIN
BEATRIZ MEJIA
MATTHEW M. BROWN

/s/ Matthew M. Brown
Matthew M. Brown
Attorneys for Defendants
COLE HAAN

| | | |
|---|---|---|
| Dated: May 18, 2012 | | PATTERSON LAW GROUP, APC<br>JAMES R. PATTERSON (211102) |
| | | /s/ James R. Patterson<br>James R. Patterson |
| | | Attorneys for Plaintiff<br>TAMMIE DAVIS |
| Dated: May 18, 2012 | | STONEBARGER LAW, APC<br>GENE J. STONEBARGER (209461)<br>RICHARD D. LAMBERT (251148) |
| | | /s/ Gene J. Stonebarger<br>Gene J. Stonebarger |
| | | Attorneys for Plaintiff<br>STEFANI CONCEPCION |

### FILER'S ATTESTATION

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this document.

| | | |
|---|---|---|
| Dated: May 18, 2012 | | COOLEY LLP |
| | | /s/ Matthew M. Brown<br>Matthew M. Brown |
| | | Attorneys for Defendants<br>COLE HAAN |

IT IS SO ORDERED/ AS MODIFIED ABOVE.

Dated: May 22, 2012

_____
The Honorable Jeffrey S. White
United States District Judge

1269485 v1/SF

3.      CONSOLIDATED CASE NO. 11-CV-01826-JSW

Joint Stip and [Proposed] Order Rescheduling The Case Management Conference