COOLEY LLP
MICHELLE C. DOOLIN (179445) (doolinmc@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

COOLEY LLP
BEATRIZ MEJIA (190948) (mejiab@cooley.com)
MATTHEW M. BROWN (264817) (brownmm@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant
COLE HAAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMMIE DAVIS, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COLE HAAN, INC., a New York Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Consolidated Case No. 11-cv-01826-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME ON DEADLINES AND DATES RELATED TO ALL DEADLINES**<br><br>Hon. Jeffrey S. White<br>Courtroom 11, 19th Floor |
| STEFANI CONCEPCION, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COLE HAAN, INC., a New York Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | |

1  Pursuant to L.R. 6-2, counsel for Defendant Cole Haan and counsel for Plaintiffs
2  (collectively, the "Parties") stipulate as follows:
3  WHEREAS, Plaintiffs' counsel contacted counsel for Cole Haan on May 9, 2012 to
4  inform Cole Haan of their intention to join a new class action representative to this lawsuit and
5  requested Cole Haan's agreement to amend their pleadings to join that new class representative;
6  WHEREAS, Cole Haan has agreed to Plaintiffs' request to join a new class representative
7  to this lawsuit;
8  WHEREAS, Plaintiffs will file their First Amended Consolidated Complaint joining a
9  new class representative on or before June 8, 2012;
10  WHEREAS, the Parties will need approximately an additional 60 days to complete
11  discovery with respect to Plaintiffs' proposed new class representative;
12  WHEREAS, the Parties agree to continue the deadlines relating to dispositive motions
13  until after the Court has heard Plaintiffs' Motion for Class Certification;
14  WHEREAS, the Parties are in the process of scheduling (among others) the new class
15  representative's deposition and Defendant's 30(b)(6) deposition(s);
16  WHEREAS, the deadlines for the class certification motions, fact and expert discovery
17  cutoffs, motions for summary judgment, and the pretrial conference and trial dates are as
18  specified in the table below;
19  WHEREAS, there has been only one time modification to the below schedule by
20  stipulation on April 9, 2012 [ECF 51];
21  WHEREAS, pursuant to such agreement, the Parties hereby seek an Order from the Court
22  vacating the below-referenced dates, and rescheduling the deadlines and dates relating to class
23  certification, fact and expert discovery, motions for summary judgment, and the pretrial
24  conference and trial dates as specified below;
25  Now, therefore, the Parties stipulate and respectfully request that the Court order that the
26  current deadlines and dates be rescheduled as specified in the table below:
27  ///
28  ///

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.  CONSOLIDATED CASE NO. 11-CV-01826-JSW

Joint Stip & [Proposed] Order Extending Time on Deadlines & Dates Related to Motion for Class Cert

| Deadline/Event | Current Dates | Proposed Dates |
|---|---|---|
| First Amended Consolidated Complaint is due | Not Applicable | June 8, 2012 |
| Answer to Plaintiffs' First Amended Consolidated Complaint is due | Not Applicable | Consistent with Rules |
| Motion for Class Certification is due | June 18, 2012 | August 27, 2012 |
| Opposition to Plaintiffs' Motion for Class Certification is due | July 10, 2012 | September 21, 2012 |
| Reply in support of the Motion for Class Certification is due | July 24, 2012 | October 5, 2012 |
| Hearing on Plaintiffs' Motion for Class Certification | August 31, 2012 | November ~~2~~ 9, 2012 |
| Close of fact discovery | June 29, 2012 | October 12, 2012 |
| Close of expert discovery | July 30, 2012 | December 14, 2012 |
| The first party's opening motion for summary judgment is due | August 10, 2012 | January 18, 2013 |
| The second party's opposition and cross-motion for summary judgment is due | August 24, 2012 | February 1, 2013 |
| The reply and opposition to the cross-motion for summary judgment is due | September 11, 2012 | February 19, 2013 |
| The second party's reply in support of the cross-motion for | September 18, 2012 | February 26, 2013 |

| Deadline/Event | Current Dates | Proposed Dates |
|---|---|---|
| summary judgment is due | | |
| The last day for the Court to hear dispositive motions | October 12, 2012 | March 22, 2013 |
| Pretrial Conference | December 10, 2012 | June 17 ~~April 15,~~ 2013 |
| Trial | January 22, 2013 | July 8 ~~May 28,~~ 2013 |

**IT IS SO STIPULATED.**

Dated: June 1, 2012          COOLEY LLP
                             MICHELLE C. DOOLIN
                             BEATRIZ MEJIA
                             MATTHEW M. BROWN

                             /s/ Matthew M. Brown
                             Matthew M. Brown
                             Attorneys for Defendants
                             COLE HAAN

Dated: June 1, 2012          PATTERSON LAW GROUP, APC
                             JAMES R. PATTERSON (211102)

                             /s/ James R. Patterson
                             James R. Patterson

                             Attorneys for Plaintiff
                             TAMMIE DAVIS

Dated: June 1, 2012          STONEBARGER LAW, APC
                             GENE J. STONEBARGER (209461)
                             RICHARD D. LAMBERT (251148)

                             /s/ Gene J. Stonebarger
                             Gene J. Stonebarger

                             Attorneys for Plaintiff
                             STEFANI CONCEPCION

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4.     CONSOLIDATED CASE NO. 11-CV-01826-JSW

Joint Stip & [Proposed] Order Extending Time on Deadlines & Dates Related to Motion for Class Cert

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this document.

Dated: June 1, 2012

COOLEY LLP

/s/ Matthew M. Brown
Matthew M. Brown

Attorneys for Defendants
COLE HAAN

**IT IS SO ORDERED** ✓ AS MODIFIED ABOVE

Dated: __June 4, 2012_____  _____
The Honorable Jeffrey S. White
United States District Judge

1269586 /SF