| | |
|---|---|
| COOLEY LLP<br>MICHELLE C. DOOLIN (179445) (doolinmc@cooley.com)<br>4401 Eastgate Mall<br>San Diego, CA 92121<br>Telephone: (858) 550-6000<br>Facsimile: (858) 550-6420<br><br>COOLEY LLP<br>BEATRIZ MEJIA (190948) (mejiab@cooley.com)<br>MATTHEW M. BROWN (264817) (brownmm@cooley.com)<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br><br>Attorneys for Defendant<br>COLE HAAN | |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMMIE DAVIS, an individual, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>COLE HAAN, INC., a New York Corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Consolidated Case No. 11-cv-01826-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME ON DEADLINES AND DATES RELATED TO ALL DEADLINES**<br><br>Hon. Jeffrey S. White<br>Courtroom 11, 19th Floor |
| STEFANI CONCEPCION, an individual, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>COLE HAAN, INC., a New York Corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | |

Pursuant to L.R. 6-2, counsel for Defendant Cole Haan and counsel for Plaintiffs (collectively, the "Parties") stipulate as follows:

WHEREAS, Plaintiffs' counsel contacted counsel for Cole Haan on May 9, 2012 to inform Cole Haan of their intention to join a new class action representative to this lawsuit and requested Cole Haan's agreement to amend their pleadings to join that new class representative;

WHEREAS, Cole Haan has agreed to Plaintiffs' request to join a new class representative to this lawsuit;

WHEREAS, Plaintiffs will file their First Amended Consolidated Complaint joining a new class representative on or before June 8, 2012;

WHEREAS, the Parties will need approximately an additional 60 days to complete discovery with respect to Plaintiffs' proposed new class representative;

WHEREAS, the Parties agree to continue the deadlines relating to dispositive motions until after the Court has heard Plaintiffs' Motion for Class Certification;

WHEREAS, the Parties are in the process of scheduling (among others) the new class representative's deposition and Defendant's 30(b)(6) deposition(s);

WHEREAS, the deadlines for the class certification motions, fact and expert discovery cutoffs, motions for summary judgment, and the pretrial conference and trial dates are as specified in the table below;

WHEREAS, there has been only one time modification to the below schedule by stipulation on April 9, 2012 [ECF 51];

WHEREAS, pursuant to such agreement, the Parties hereby seek an Order from the Court vacating the below-referenced dates, and rescheduling the deadlines and dates relating to class certification, fact and expert discovery, motions for summary judgment, and the pretrial conference and trial dates as specified below;

Now, therefore, the Parties stipulate and respectfully request that the Court order that the current deadlines and dates be rescheduled as specified in the table below:

///

///

| Deadline/Event | Current Dates | Proposed Dates |
|---|---|---|
| First Amended Consolidated Complaint is due | Not Applicable | June 8, 2012 |
| Answer to Plaintiffs' First Amended Consolidated Complaint is due | Not Applicable | Consistent with Rules |
| Motion for Class Certification is due | June 18, 2012 | August 27, 2012 |
| Opposition to Plaintiffs' Motion for Class Certification is due | July 10, 2012 | September 21, 2012 |
| Reply in support of the Motion for Class Certification is due | July 24, 2012 | October 5, 2012 |
| Hearing on Plaintiffs' Motion for Class Certification | August 31, 2012 | November ~~2~~ 9, 2012 |
| Close of fact discovery | June 29, 2012 | October 12, 2012 |
| Close of expert discovery | July 30, 2012 | December 14, 2012 |
| The first party's opening motion for summary judgment is due | August 10, 2012 | January 18, 2013 |
| The second party's opposition and cross-motion for summary judgment is due | August 24, 2012 | February 1, 2013 |
| The reply and opposition to the cross-motion for summary judgment is due | September 11, 2012 | February 19, 2013 |
| The second party's reply in support of the cross-motion for | September 18, 2012 | February 26, 2013 |

| Deadline/Event | Current Dates | Proposed Dates |
|---|---|---|
| summary judgment is due | | |
| The last day for the Court to hear dispositive motions | October 12, 2012 | March 22, 2013 |
| Pretrial Conference | December 10, 2012 | June 17 ~~April 15,~~ 2013 |
| Trial | January 22, 2013 | July 8 ~~May 28,~~ 2013 |

**IT IS SO STIPULATED.**

Dated: June 1, 2012         COOLEY LLP
                            MICHELLE C. DOOLIN
                            BEATRIZ MEJIA
                            MATTHEW M. BROWN

                            /s/ Matthew M. Brown
                            Matthew M. Brown
                            Attorneys for Defendants
                            COLE HAAN

Dated: June 1, 2012         PATTERSON LAW GROUP, APC
                            JAMES R. PATTERSON (211102)

                            /s/ James R. Patterson
                            James R. Patterson

                            Attorneys for Plaintiff
                            TAMMIE DAVIS

Dated: June 1, 2012         STONEBARGER LAW, APC
                            GENE J. STONEBARGER (209461)
                            RICHARD D. LAMBERT (251148)

                            /s/ Gene J. Stonebarger
                            Gene J. Stonebarger

                            Attorneys for Plaintiff
                            STEFANI CONCEPCION

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this document.

Dated: June 1, 2012  COOLEY LLP

/s/ Matthew M. Brown
Matthew M. Brown

Attorneys for Defendants
COLE HAAN

**IT IS SO ORDERED✓** AS MODIFIED ABOVE

Dated: __June 4, 2012_____    _____
The Honorable Jeffrey S. White
United States District Judge

1269586 /SF

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5.  CONSOLIDATED CASE NO. 11-CV-01826-JSW

Joint Stip & [Proposed] Order Extending Time on Deadlines & Dates Related to Motion for Class Cert