IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMIE DAVIS, an individual, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>COLE HAAN, INC., and DOES 1 through 50, inclusive,<br><br>    Defendants.<br>_____/ | No. C 11-01826 JSW<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

The Court HEREBY VACATES the case management conference set for July 20, 2012. The Court further orders that Plaintiffs' request for additional time to file their motion for class certification is GRANTED. Within five Court days of Judge Beeler issuing a ruling on the discovery issues mentioned in the parties' joint case management statement, the parties shall file a stipulation and proposed order setting forth new deadlines in accordance with this Order.

**IT IS SO ORDERED.**

Dated: July 17, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE