UNITED STATES DISTRICT COURT

For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| TAMMIE DAVIS, an individual, on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br>      v.<br><br>COLE HAAN, INC., a New York Corporation; and DOES 1 through 50<br><br>            Defendants. | No. C 11-01826 JSW (LB)<br><br>ORDER SETTING CONFERENCE CALL ON DISCOVERY LETTER |
| STEFANI CONCEPCION, an individual, on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br>      v.<br><br>COLE HAAN, INC., a New York Corporation; and DOES 1 through 50<br><br>            Defendants.<br>_____/ | No. C 11-02187-JSW (LB) |

TO ALL PARTIES AND COUNSEL OF RECORD:

The parties have a discovery dispute. *See* Joint Letter, ECF No. 60. The court would like to schedule a telephone conference call and sets the matter on the court's calendar on Thursday, August 2, 2012 at 11 a.m. If that date is not convenient, the parties may contact courtroom deputy Lashanda Scott at 415-522-3140 to reschedule the hearing to either Wednesday, August 8, 2012, at

C 11-01826 JSW (LB)
ORDER

1  10:30 a.m. or Friday, August 10, 2012, at 11:00 a.m. (or such other date that they arrange with Ms.
2  Scott).
3      The court also noticed that in their joint case management conference statement, the parties
4  alluded to a possible additional discovery motion that Plaintiffs may be preparing.  *See* ECF No. 63
5  at 2.  The court notes that the parties should comply with all applicable requirements in Judge
6  Beeler's standing order (attached), including all procedures regarding resolution of discovery
7  disputes.
8  **IT IS SO ORDERED.**
9  Dated: July 31, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 11-01826 JSW (LB)
ORDER
2