| | |
|---|---|
| 1 | COOLEY LLP |
| | MICHELLE C. DOOLIN (179445) (doolinmc@cooley.com) |
| 2 | 4401 Eastgate Mall |
| | San Diego, CA 92121 |
| 3 | Telephone: (858) 550-6000 |
| | Facsimile: (858) 550-6420 |
| 4 | |
| | COOLEY LLP |
| 5 | BEATRIZ MEJIA (190948) (mejiab@cooley.com) |
| | MATTHEW M. BROWN (264817) (brownmm@cooley.com) |
| 6 | 101 California Street, 5th Floor |
| | San Francisco, CA 94111-5800 |
| 7 | Telephone: (415) 693-2000 |
| | Facsimile: (415) 693-2222 |
| 8 | |
| | Attorneys for Defendant |
| 9 | COLE HAAN COMPANY STORE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMMIE DAVIS, an individual, and VALERIA LLETGET, an individual, on behalf of themselves and all others similarly situated, | Consolidated Case No. 11-cv-01826-JSW |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO VACATE THE CASE MANAGEMENT CONFERENCE SET FOR MARCH 22, 2013** |
| v. | |
| COLE HAAN COMPANY STORE, a Maine Corporation; and DOES 1 through 50, inclusive, | Hon. Jeffrey S. White |
| Defendants. | Courtroom 11, 19th Floor |
| STEFANI CONCEPCION, an individual, on behalf of herself and all others similarly situated, | |
| Plaintiff, | |
| v. | |
| COLE HAAN COMPANY STORE, a Maine Corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |

1    Pursuant to L.R. 6-2, Plaintiffs Tammie Davis, Valeria Lletget, and Stefani Concepcion
2    ("Plaintiffs") and defendant Cole Haan Company Store ("Cole Haan"), by and through their
3    respective counsel (collectively, the "Parties") stipulate as follows:

### RECITALS

**WHEREAS**, the Court has scheduled a Case Management Conference for March 22, 2013 at 1:30 p.m., in Courtroom 11 on the 19th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, and has ordered a joint case management statement due on or before March 15, 2013 [Docket No. 67];

**WHEREAS**, the Parties have agreed in principle to settle the instant action, and are close to executing a settlement agreement; and

**WHEREAS**, Plaintiffs will file a motion for preliminary approval of the Parties' settlement agreement on or before March 29, 2013;

### STIPULATION

Now, therefore, the Parties stipulate and respectfully request that the Court order as follows:

1. That the Case Management Conference scheduled for March 22, 2013 will be vacated and that the Parties are not required to file a joint case management statement, due to the Parties' imminent settlement agreement.

**IT IS SO STIPULATED.**

Dated: March 7, 2013                COOLEY LLP
                                    MICHELLE C. DOOLIN
                                    BEATRIZ MEJIA
                                    MATTHEW M. BROWN

                                    /s/ Michelle C. Doolin
                                    Michelle C. Doolin

                                    Attorneys for Defendant
                                    COLE HAAN COMPANY STORE

| | | |
|---|---|---|
| 1 | Dated: March 4, 2013 | PATTERSON LAW GROUP, APC |
| 2 | | JAMES R. PATTERSON (211102) |
| 3 | | /s/ James R. Patterson |
| 4 | | James R. Patterson |
| 5 | | Attorneys for Plaintiff<br>TAMMIE DAVIS and VALERIA LLETGET |
| 6 | Dated: March 4, 2013 | STONEBARGER LAW, APC |
| 7 | | GENE J. STONEBARGER (209461)<br>RICHARD D. LAMBERT (251148) |
| 8 | | /s/ Gene J. Stonebarger |
| 9 | | Gene J. Stonebarger |
| 10 | | Attorneys for Plaintiff<br>STEFANI CONCEPCION |

## FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned attests that all parties have concurred in the filing of this Stipulation And [Proposed] Order To Vacate The Case Management Conference Set For March 22, 2013.

Dated: March 7, 2013          COOLEY LLP
                              MICHELLE C. DOOLIN
                              BEATRIZ MEJIA
                              MATTHEW M. BROWN

                              /s/ Michelle C. Doolin
                              Michelle C. Doolin

                              Attorneys for Defendant
                              COLE HAAN COMPANY STORE

1 **IT IS SO ORDERED.**

2

3 Dated: March 12, 2013

 _____
The Honorable Jeffrey S. White
United States District Judge

26 1308565 /SF