COOLEY LLP
MICHELLE C. DOOLIN (179445) (doolinmc@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

COOLEY LLP
BEATRIZ MEJIA (190948) (mejiab@cooley.com)
MATTHEW M. BROWN (264817) (brownmm@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant
COLE HAAN COMPANY STORE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMMIE DAVIS, an individual, and VALERIA LLETGET, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COLE HAAN COMPANY STORE, a Maine Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Consolidated Case No. 11-cv-01826-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE THE CASE MANAGEMENT CONFERENCE SET FOR MARCH 22, 2013**<br><br><br>Hon. Jeffrey S. White<br>Courtroom 11, 19th Floor |
| STEFANI CONCEPCION, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COLE HAAN COMPANY STORE, a Maine Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.    **CONSOLIDATED CASE NO. 11-CV-01826-JSW**

Stip and [Proposed] Order to Vacate Case Management Conference set for March 22, 2013

Pursuant to L.R. 6-2, Plaintiffs Tammie Davis, Valeria Lletget, and Stefani Concepcion ("Plaintiffs") and defendant Cole Haan Company Store ("Cole Haan"), by and through their respective counsel (collectively, the "Parties") stipulate as follows:

**RECITALS**

**WHEREAS**, the Court has scheduled a Case Management Conference for March 22, 2013 at 1:30 p.m., in Courtroom 11 on the 19th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, and has ordered a joint case management statement due on or before March 15, 2013 [Docket No. 67];

**WHEREAS**, the Parties have agreed in principle to settle the instant action, and are close to executing a settlement agreement; and

**WHEREAS**, Plaintiffs will file a motion for preliminary approval of the Parties' settlement agreement on or before March 29, 2013;

**STIPULATION**

Now, therefore, the Parties stipulate and respectfully request that the Court order as follows:

1. That the Case Management Conference scheduled for March 22, 2013 will be vacated and that the Parties are not required to file a joint case management statement, due to the Parties' imminent settlement agreement.

**IT IS SO STIPULATED.**

Dated: March 7, 2013           COOLEY LLP
                               MICHELLE C. DOOLIN
                               BEATRIZ MEJIA
                               MATTHEW M. BROWN

                               /s/ Michelle C. Doolin
                               Michelle C. Doolin

                               Attorneys for Defendant
                               COLE HAAN COMPANY STORE

| | |
|---|---|
| Dated: March 4, 2013 | PATTERSON LAW GROUP, APC<br>JAMES R. PATTERSON (211102) |
| | /s/ James R. Patterson<br>James R. Patterson |
| | Attorneys for Plaintiff<br>TAMMIE DAVIS and VALERIA LLETGET |
| Dated: March 4, 2013 | STONEBARGER LAW, APC<br>GENE J. STONEBARGER (209461)<br>RICHARD D. LAMBERT (251148) |
| | /s/ Gene J. Stonebarger<br>Gene J. Stonebarger |
| | Attorneys for Plaintiff<br>STEFANI CONCEPCION |

## FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned attests that all parties have concurred in the filing of this Stipulation And [Proposed] Order To Vacate The Case Management Conference Set For March 22, 2013.

| | |
|---|---|
| Dated: March 7, 2013 | COOLEY LLP<br>MICHELLE C. DOOLIN<br>BEATRIZ MEJIA<br>MATTHEW M. BROWN |
| | /s/ Michelle C. Doolin<br>Michelle C. Doolin |
| | Attorneys for Defendant<br>COLE HAAN COMPANY STORE |

**IT IS SO ORDERED.**

Dated: March 12, 2013

_____
The Honorable Jeffrey S. White
United States District Judge

1308565 /SF