1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    TAMMIE DAVIS, an individual, on behalf of
     herself and all others similarly situated,
10                                                        No. C 11-01826 JSW
               Plaintiff,
11
         v.
12                                                        **ORDER REQUIRING FURTHER**
     COLE HAAN, INC., and DOES 1 through 50,              **BRIEFING**
13   inclusive,

14             Defendants.
     _____/
15

16         Now before the Court is the motion for preliminary approval of the class action

17   settlement filed by Plaintiffs.  The Court has some questions that were not addressed by the

18   parties' papers in support of this motion.  The Court notes that defendant Cole Haan,

19   erroneously sued as Cole Haan, Inc. ("Defendant") will send out notice to all purported class

20   members for whom Defendant has an email or mailing address.  However, the parties do not

21   state how many email or mailing addresses they have for the purported class members.

22         Moreover, the parties do not appear to propose any method of providing notice to the

23   purported class members for whom they do not have an email or mailing address.  Although the

24   parties intend to create an internet website, purported class members would only learn about

25   this website if they receive notice through email or mail.   In light of the fact that all class

26   members who do not opt out will be a part of the class and would release their claims against

27   Defendant, the Court is concerned that the absence of any notice to such purported class

28   members would not satisfy Due Process concerns.  Accordingly, the Court HEREBY ORDERS

**United States District Court**
For the Northern District of California

the parties to submit additional briefing to address these notice concerns.  The additional

briefing shall be filed by no later than 10:00 a.m. on May 20, 2013.

**IT IS SO ORDERED.**

Dated: May 13, 2013



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California