UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMIE DAVIS, et al., <br>     Plaintiffs, <br> v. <br> COLE HAAN, INC., et al., <br>     Defendants. | Case No.  11-cv-01826-JSW <br><br> **ORDER VACATING HEARING DATE** <br> Re: Docket No. 104 |

Pursuant to Civil Local Rule 7-1(b), the court finds that Plaintiffs' renewed motion for attorneys' fees, costs, and incentive awards, which has been noticed for hearing on November 13, 2015, is appropriate for decision without oral argument.

Accordingly, the hearing date is hereby VACATED.  The motion will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: November 9, 2015

_____
JEFFREY S. WHITE
United States District Judge